**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**SCOTT PROUTY,**
**a/k/a Robert Scott Prouty,**

**Plaintiff,**

**v.** **Case No. 26-C-283**

**STATE OF WISCONSIN et al.,**

**Defendants.**

---

**DECISION AND ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

---

Plaintiff Scott Prouty is representing himself in this 42 U.S.C. § 1983 case. On April 23, 2026, the court screened the complaint and dismissed the action. Judgment was entered the same day. Dkt. Nos. 12–13. On September 23, 2026, Plaintiff filed a motion for reconsideration pursuant to Federal Rule of Civil Procedure 59(e).

A Rule 59(e) motion requests that the court alter or amend a judgment on the basis of a manifest error of law or newly discovered evidence. Fed. R. Civ. P. 59(e). A "manifest error" is not demonstrated by the disappointment of the losing party; it is the wholesale disregard, misapplication, or failure to recognize controlling precedent. *Oto v. Metropolitan Life Ins. Co.*, 224 F.3d 601, 606 (7th Cir. 2000). A motion under Rule 59(e) "must be filed no later than 28 days after the entry of judgment." Fed. R. Civ. P. 59(e).

Plaintiff's motion, which is signed and dated September 21, 2026, was filed more than 28 days after the court entered judgment on April 23, 2026. Because Plaintiff's motion is not timely, he is not entitled to relief under Rule 59(e). Even if Plaintiff's Rule 59(e) motion was timely, he

would still not be entitled to relief. The court has reviewed its April 23, 2026, screening order and Plaintiff's motion and concludes that there is no basis to alter the decision. Plaintiff's motion amounts to little more than disagreement with the court's analysis and decision. Plaintiff has not demonstrated that he is entitled to relief. Therefore, the court will deny his motion for reconsideration.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for reconsideration (Dkt. No. 15) is **DENIED**.

Dated at Green Bay, Wisconsin this 28th day of September, 2026.

William C. Griesbach
United States District Judge